**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | May 11, 2017 | Chris Wolpert |
| Clerk of Court | | Chief Deputy Clerk |

Mr. Robert Seldis Berger
Robert S. Berger, P.C.
P.O. Box 201088
Denver, CO 80220-1088

Mr. Joseph Anthony Ransom
#24909-031
FCI – Englewood
9595 West Quincy Avenue
Littleton, CO 80123

**RE:     15-3293, United States v. Ransom**
        Dist/Ag docket: 6:14-CR-10194-EFM-1

Dear Counsel and Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     David M. Lind
        Colin D. Wood

EAS/mlb